FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

May 5, 2021

No. 04-19-00555-CV

**IN THE GUARDIANSHIP OF CHARLES INNESS THRASH**,
an Incapacitated Person

From the Probate Court No 1, Bexar County, Texas
Trial Court No. 2017-PC-2912
Honorable Oscar J. Kazen, Judge Presiding

# O R D E R

Sitting:     Rebeca C. Martinez, Chief Justice
Patricia O. Alvarez, Justice
Liza A. Rodriguez, Justice

The panel has considered the appellants' motion for rehearing, and the motion is hereby denied.

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of May, 2021.



_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court